UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JORGE EDUARDO TERCERO ARGUETA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ANTHONY MILLS in his official capacity as ) <br> Warden of the Clark County Jail, et al., ) <br> ) <br> Respondents. ) | No. 4:25-cv-00229-SEB-KMB |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 9, 2025, and issued final judgment that same day. Dkts. 12, 13. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/22/2026

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel